# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **LINDSEY LARSEN, Individually and as Mother and Next Friend of Madelyn Larsen, a Minor,** | 8:13CV368 |
| Plaintiff, | |
| vs. | ORDER |
| **UNITED STATES OF AMERICA,** | |
| Defendant. | |

This matter is before the court following a telephone conference with the parties on August 21, 2014. E. Terry Sibbernsen represented the plaintiff and Assistant U.S. Attorneys Paul D. Boeshart and Donald J. Kleine represented the defendant. Upon the joint motion of the parties, the next status report is due **on or before December 1, 2014**. The stay imposed by the court's order of April 15, 2014 (Filing No. 14) is continued; however, the parties may conduct such discovery as is necessary to resolve the venue and individual claim issues.

**IT IS SO ORDERED**.

Dated this 21st day of August, 2014.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge